# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Pamela Wiley,**

        **Plaintiff,**         CASE NUMBER: 14-12739
                                HONORABLE VICTORIA A. ROBERTS
                                MAGISTRATE JUDGE MORRIS

v.

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 17, 2015, Magistrate Judge Morris issued a Report and Recommendation [Doc.15], recommending that Defendant's Motion for Summary Judgment [Doc. 14] be DENIED; Plaintiff's Motion for Summary Judgment [Doc. 12] be **GRANTED**; and, the case be **REMANDED** to the Commissioner under section four of 42 U.S.C. §405(g). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED;** Plaintiff's motion is **GRANTED;** and, the case is **REMANDED** to the Commissioner under sentence for of 42 U.S.C. §405(g) consistent with the Report and Recommendation.

Judgment of Remand will enter.

        **IT IS ORDERED**.

                                            /s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: June 5, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 5, 2015.

S/Linda Vertriest
Deputy Clerk